Charles Ward Palmer, Respondent, v. Clinton S. Lutkins, Defendant, and Gladys Lutkins, Appellant.— In an action to recover for personal injuries and property damage sustained by plaintiff as the result of a collision between his car, which he was driving, and a car operated by defendant Gladys Lutkins, judgment of the City Court of Yonkers in favor of plaintiff and against said defendant, and order denying motion for a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

Sam Passman, Respondent, v. Queens Bus Lines, Inc., Defendant, and Mimi C. Pellitteri, Appellant.— Action against defendants to recover for personal injuries sustained when appellant's car, in which plaintiff was riding, collided with a bus owned by the corporate defendant. Judgment against both defendants. Appeal by the individual defendant only. Judgment unanimously affirmed, with costs. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

Isidor Perlman, Appellant, v. Rose Perlman, Respondent.— Judgment in so far as it dismissed the complaint in an action for divorce brought by the husband unanimously affirmed, without costs. The findings indicate that the trial court did not believe the plaintiff's witnesses. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

The People of the State of New York, Respondent, v. Joseph Mercaldo, Appellant. (Appeal No. 2.) — Judgment of the County Court of Nassau county convicting defendant of the crime of attempted burglary in the third degree unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

The People of the State of New York, Respondent, v. Joseph Salerno, Appellant. (Appeal No. 2.) — Judgment of the County Court of Nassau county convicting defendant of the crime of attempted burglary in the third degree unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.